**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 06 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**MILLENNIUM HOSPITALITY, LLC d/b/a**
**BW INN BENTON**                                                                    **PLAINTIFF**

VS.                                          CASE NO. 4:18CV105-BRW

**NARAYAN INVESTMENTS, INC. d/ba/**
**PREMIER FURNITURE INDUSTRIES**                                    **DEFENDANT**

### COMPLAINT

Comes now Plaintiffs, Millennium Hospitality, LLC, d/b/a BW Inn Benton and Naresh

Patel, by and through their attorneys, Dover Dixon Horne PLLC, and for their Complaint against

Premier Furniture Industries, states:

This case assigned to District Judge _____
and to Magistrate Judge _____

### THE PARTIES

1.      Plaintiff Millennium Hospitality, LLC, d/b/a BW Inn Benton ("BW Inn Benton") is

an Arkansas Limited Liability Company doing business as BW Inn Benton with its principal place

of business in Benton Arkansas.  BW Inn Benton operates the Best Western Hotel located at 17036

Interstate 30, Benton, AR 72019.

2.      Defendant Narayan Investments, Inc. d/b/a Premier Furniture Industries ("Premiere

Furniture") is a Texas corporation with its registered office located at 3114 Normandy Drive,

McKinney, Texas, and its principal office located at 4601 W. Houston St. Sherman, Texas.

### JURISDICTION AND VENUE

3.      This action is between BW Inn Benton and Naresh Patel, citizens of the State of

Arkansas, and Narayan Investments, Inc. d/b/a Premier Furniture Industries, a citizen of the State

of Texas.  The amount is controversy is in excess of $75,000.00, exclusive of interest and costs.

This court therefore has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1).

4.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions that gave rise to this action, and the damages resulting from them, occurred in this district.

## FACTS

5.      Premiere Furniture, at all times herein mentioned, was a merchant with respect to the sale of furniture to be used for commercial purposes.

6.      At all times herein mentioned BW Inn Benton was in the business of conducting an established high-class hotel known as Best Western and situated at 17036 Interstate 30, Benton, Arkansas.

7.      At all times herein mentioned Naresh Patel was the owner of BW Inn Benton and communicated with Premier Furniture, through Manish Patel, regarding the order and purchase of furniture for the Best Western operated by BW Inn Benton.

8.      BW Inn Benton caused measurements and dimensions for furniture to be used in its rooms at the Best Western to be sent to Premier Furniture.  Premier Furniture, using the measurements and requirement provided by BW Inn Benton, created shop drawings of the furniture it proposed to manufacture and sell to BW Inn Benton. A copy of the shop drawings is attached hereto and incorporated herein as Exhibit 1.

9.      Premier Furniture provided BW Inn Benton with Quotation 6175 in which the measurements and quantity of each piece of furniture being ordered by BW Inn Benton was set forth in detail.  The total purchase price, including shipping, pursuant to Quotation 6175 was $87,985.70. A copy of Quotation 6175 is attached hereto and incorporated herein as Exhibit 2.

10.     Pursuant to Quotation 6175, BW Inn Benton caused payment in the amount of $41,768.50 (half the contract price) to be tendered to Premier Furniture.

11.    At the time of the making of the contract, Premier Furniture had reason to know, and did know, the particular purpose for which BW Inn Benton required the furniture.  BW Inn Benton relied upon the skill and judgment of Premiere Furniture to manufacture or cause to be manufactured furniture that complied with and met the specific measurements provided by BW Inn Benton and set forth in the shop drawings and Quotation 6175 prepared by Premiere Furniture.

12.    Premiere Furniture warranted to BW Inn Benton that the furniture would be fit for BW Inn Benton's purpose, namely, used in the Best Western hotel, that the same was properly constructed to the correct specifications.

13.    Premier Furniture knew that time was of the essence in that BW Inn Benton is required by Best Western to furnish its rooms with furniture that meets certain specifications within a certain amount of time.

14.    The furniture was delivered on November 10, 2017, and without knowledge of the true condition of the furniture, BW Inn Benton accepted the same and permitted Premier Furniture to begin installing the furniture in the hotel.

15.    Shortly thereafter, in December 2017, BW Inn Benton discovered that said furniture was wholly unfit for use in its hotel because much of the said furniture was not manufactured to the correct size, and the furniture was in all respects totally unfit of BW Inn Benton's purpose.

16.    BW Inn Benton attempted to work with Premier Furniture to make the furniture work in the Best Western, but when it became apparent that the furniture was defective and did not conform to what BW Inn Benton contracted with Premier Furniture to provide, BW Inn Benton gave Premier Furniture notice that the furniture was unsuitable and rejected the furniture.  A copy of the notice sent to Premier Furniture is attached hereto and incorporated herein as Exhibit 3.  BW Inn Benton demanded that Premier Furniture refund the down payment made by BW Inn Benton.

3

17.    BW Inn Benton rejected the furniture by correspondence dated January 17, 2018, and, to date, Premier Furniture has not taken the furniture back nor refunded monies paid by BW Inn Benton.

## BREACH OF CONTRACT

18.    BW Inn Benton has been damaged as a result of Premier Furniture's conduct.

19.    BW Inn Benton has suffered and will continue to suffer substantial damages and out-of-pocket expenses including without limitation, loss of shipping costs expended, loss of goodwill, lost profits, loss of use of its real property, loss of deposit monies paid, and the cost to cover in addition to amounts BW Inn Benton will be required to pay in order to correct the situation caused by Premier Furniture's breach of contract.

20.    Premier Furniture is therefore liable to BW Inn Benton for breach of contract in excess of the amount required for federal court jurisdiction in diversity of citizenship cases, the exact amount to be determined at trial

## FRAUD

21.    Despite knowing that the furniture did not conform to the exact specifications submitted by BW Inn Benton, Premier Furniture intentionally misrepresented to BW Inn Benton that the furniture it manufactured conformed to the specifications and measurements submitted by BW Inn Benton.

22.    In reliance upon Premier Furniture's misrepresentations regarding the furniture, BW Inn Benton paid a deposit to Premier Furniture and incurred expenses preparing its hotel for the new furniture including getting rid of the existing furniture.

4

23.    As a result of BW Inn Benton's justifiable reliance on Premier Furniture's intentional misrepresentations, BW Inn Benton suffered damages including direct costs and attorneys' fees.

24.    Premier Furniture is therefore liable to BW Inn Benton pursuant to the doctrine of fraud in excess of the amount required for federal court jurisdiction in diversity of citizenship cases, the exact amount to be determined at trial

## VIOLATION OF THE ARKANSAS DECEPTIVE TRADE PRACTICES ACT

25.    Premier Furniture's acts constitute deceptive trade practices or unlawful acts under the Arkansas Deceptive Trade Practices Act.  Specifically, Premier Furniture violated Ark. Code Ann. § 4-88-107(a)(1) and Ark. Code Ann. § 4-88-107(a)(10) when Premier Furniture misrepresented that the furniture was the correct size and conformed with what BW Inn Benton ordered.

26.    BW Inn Benton's relied on Premier Furniture's intentional misrepresentations, and as a result BW Inn Benton suffered damages including direct costs and attorneys' fees

27.    As a result of Premier Furniture's violation of the Arkansas Deceptive Trade Practices Act, BW Inn Benton has been, and will continue to be, damaged in an amount in excess of the amount required for federal court jurisdiction in diversity of citizenship cases, the exact amount to be determined at trial.

## PUNITIVE DAMAGES

28.    The actions of Premier Furniture toward BW Inn Benton as set forth hereinabove were intentional, willful, wanton, reckless, malicious, or grossly negligent so as to entitle BW Inn Benton to an award of punitive damages.

29.    BW Inn Benton demands a trial by jury.

5

WHEREFORE, Plaintiff, Millennium Hospitality, LLC, d/b/a BW Inn Benton, prays this Court enters a judgment for damages against Defendant Narayan Investments, Inc. d/b/a Premier Furniture Industries; that Plaintiff be awarded reasonable attorneys' fees and expenses incurred herein; and for all other just and proper relief.

Respectfully Submitted,

Dover Dixon Horne PLLC
425 West Capitol Avenue, Suite 3700
Little Rock, Arkansas 72201
501-375-9151
Attorneys for Plaintiff, Millennium
Hospitality, LLC, d/b/a BW Inn Benton

By: _Carl F. Cooper III_

Todd Wooten, ABN 94034
twooten@ddh.law
Carl F. "Trey" Cooper, III, ABN 200294
tcooper@ddh.law

6



TV stand

54" x 23"
Should be
54" x 24"

EXHIBIT

1

exhibitsticker.com









| PO Number | N/A for Quote |
| Project | Merlyn |
| Panel | Particleboard |
| Edging | 1mm PVC |
| Drawer Box | Dovetail/Plywood |
| Joinery | Dowel, Dado & Dovetail |
| Finish 1 | MS 338 FL |
| Finish 2 | N/A |
| Finish 3 | Brushed Steel HPL |
| Drawer Slide | Steel Ball-Bearing |
| Hardware | Nickel Bar Pulls |
| Options | |

Issue Date: August 4, 2017

Drawn By: Premier Furniture Industries

Approved By:

Comments: 1mm PVC edgebanding on all
exposed edges.
TFL - Thermafuse Laminate (Melamine)
PBC - Particle Board Core
MDF - Medium Density Fiberboard
HPL - High Pressure Laminate

SIDE VIEW

TOP VIEW

Support Blocks

Proprietary & Confidential
The information in this drawing is the
sole property of Premier Furniture
Industries. Any production in part or as a
whole without written permission of
Premier Furniture Industries is
prohibited

Premier Furniture Industries
4601 W Houston St.
Sherman, TX 75092





luggage bench

should be 20 x 32"
it is 20" x 36"







Queen headboard

















Coffee table





King headboard.

78" × 48½"
it is 80" × 47½"







## QUOTATION                6175

| Property: Best Western | Date: 10-14-17 |
|---|---|
| Address: 17036 I-30 | Ref:  Manish (Cell) 781-248-2681 |
| City: Benton, AR 72019 | Email:  **manish@pfindustries.com** |
| Contact: Naresh Patel | Collection: Mervin Collection with HPL TOP, TFL Sides with Metal Caps |
| Phone: 501-766-5862 | Finish:  Custom |
| E-mail: npatel3606@yahoo.com | |

| Item # | King Single | King Double | King Suites | Queen Double | Queen Double Suites | Qnty. | DESCRIPTION | UNIT PRICE | EXT. TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | **33** | | | **32** | | | | **Total Rooms** | **65** |
| | | | | | | CASEGOODS - Mervin Line | | | @$950 |
| | 33 | | | | | 33 | King Headboard 78"W x 1.5"D x 48"H | | |
| | 66 | | | 32 | | 98 | NightStand 22"W x 16"D x 28"H (With metal caps on bottom front corners) | | |
| | | | | 64 | | 64 | Queen HeadBoard 62"W x 1.5"D x 48"H | | |
| | 33 | | | | | 34 | Desk  w/o Drawer 48"W x 24"D x 31"H (With 4" metal caps on all legs) | | |
| | 33 | | | 32 | | 63 | TV Chest: Fridge Combo 53"W x 24"D x 42"H (With metal caps on bottom front corners) | | |
| | | | | | | | Subtotal | | $61,750.00 |
| | | | | | | 3 | 3 Drawer TV Chest - 32"W x 23"D x 40"H | | |
| | | | | | | 24 | Coffee Table -36"W x18"W x 18"W | $139.00 | $3,336.00 |
| | | | | | | 32 | Activity Table - 30"W x 30"D x 31"H | $30.00 | $960.00 |
| | | | | | | 13 | SQUARE Side Table - 18 x 18 x 18 | $100.00 | $1,300.00 |
| | | | | | | | **52 Caster Wheels Free** | | |
| | 33 | | | 32 | | 65 | Luggage Bench - 36"W x 20"D x 19"H | $129.00 | $8,385.00 |
| | | | | | | | Subtotal | $75,731.00 | |
| | 33 | | | | | 33 | **EURGO TASK CHAIR** | $89.00 | $2,937.00 |
| | | | | | | 65 | TREYS | $23.00 | $1,495.00 |
| | | | | | | 65 | Mirrors - STX2460 - Fonari Black | $53.98 | $3,508.70 |
| | | | | | | | **Freight for Mirror to be advised on final payment.** | | |

**EXHIBIT**

**2**

| | | | | | | | Subtotal | $7,940.70 | |
|---|---|---|---|---|---|---|---|---|---|

Estimated delivery date - 12 to 16 weeks from date of depsit, signed shopdrawing and signed quote.

Orders will only be processed with a deposit, signed quote and signed shop drawing.

**Payment terms:** 50% with PO / 50% prior to shipment from Asia.

Quote valid for 30 days only. Water Damage is not covered.  5 year mfg defect warranty

Due to certain circumstances beyond control PFI is not responsible for delays related to

shipping, US customs, and any other 3rd party brokers.

Owner/Purchaser is responsible for the sales tax for purchases made outside of state of Texas.

Make the check out to Premier Furniture Industries for 50% and mail it
to below address.
Mailing Address:
Premier Furniture Industries
3114 NORMANDY DRIVE,
MCKINNEY. TX 75070

| | |
|---|---|
| SUBTOTAL | $83,671.70 |
| **Paid - 50%** | **$41,768.50** |
| Remaing + $800 for mirror freight | **$46,217.20** |
| TAX | $0.00 |
| CASE GOOD Freight (+ OTHER FREIGHT TO BE ADDED FOR MIRROR.) | $4,314.00 |
| TOTAL | $87,985.70 |

CUSTOMER NAME : _____

**CUSTOMER SIGNATURE:** _____

# DOVER DIXON HORNE PLLC

## Attorneys at Law

| | | |
|---|---|---|
| ALLAN W. HORNE | JAMES PAUL BEACHBOARD= | DARRELL D. DOVER (1933-2009) |
| CYRIL HOLLINGSWORTH | CAL McCASTLAIN | PHILLIP E. DIXON (1932-2005) |
| THOMAS S. STONE | MARK H. ALLISON | |
| STEVE L. RIGGS | RANDALL L. BYNUM++ | OF COUNSEL |
| MICHAEL O. PARKER | MONTE D. ESTES | GARLAND W. BINNS, JR. |
| JOSEPH H. PURVIS | MATHEW C. BOCH+++ | |
| JOHN B. PEACE | TODD WOOTEN | = ALSO LICENSED IN TENNESSEE |
| WILLIAM DEAN OVERSTREET | CARL F. (TREY) COOPER III | + ALSO LICENSED IN TEXAS |
| MICHAEL G. SMITH+ | TJ LAWHON | ++ALSO LICENSED IN DISTRICT COLUMBIA |
| GARY B. ROGERS | LARRY O. WATKINS | +++ALSO LICENSED IN ILLINOIS |
| | ADRIENNE M. GRIFFIS | |

425 W. CAPITOL AVE STE 3700
LITTLE ROCK, ARKANSAS 72201-3465
TELEPHONE (501) 375-9151
FACSIMILE (501) 375-6484
www.doverdixonhorne.com

MERITAS LAW FIRMS WORLD WIDE

January 17, 2017

**SENT VIA US MAIL AND EMAIL:  manish@premierfurnitureindustries.com**

Premier Furniture Industries
ATTN:  Manish Patel
3114 Normandy Drive
McKinney, TX 75070

      Re:    Q6175 – BW Inn Benton

Dear Mr. Patel:

      On behalf of our client, BW Inn Benton, please accept this notice that the furniture delivered to the Best Western Benton by Premier Furniture Industries pursuant to Quotation 6175 does not conform to the quotation provided by Premier Furniture Industries or the specifications submitted by BW International in that several of the pieces are the wrong size.  It is our understanding that Naresh Patel has already provided you specific information regarding the nonconformity of the furniture.  Therefore, the furniture is hereby rejected in whole.

      Please return to BW Inn Benton the full amount of the deposit already paid.  The furniture will not be released to Premiere Furniture Industries until the full refund is provided. Additionally, due to the furniture's nonconformity with what was ordered and contracted for, BW Inn Benton intends to cover by making in good faith and without unreasonable delay a purchase contract to purchase furniture in substitution for the nonconforming furniture delivered by Premier Furniture Industries.

      BW Inn Benton will seek to recover from you and Premier Furniture Industries any difference in the cost of cover (purchasing furniture that does meet the specifications as ordered) and the contract price together with incidental and consequential damages incurred due to Premier Furniture Industries' breach including, but not limited to, expenses incurred in inspection, receipt, transportation, and care and custody of the rejected furniture; any lost profits due loss of use of the rooms without furniture; amounts incurred in cleaning up and repairing damage to the Best Western Benton Inn as a result of the nonconforming furniture; and attorneys' fees.

**EXHIBIT**

**3**

Please do not hesitate to contact us with any questions or comments. If you are represented by counsel, please have your attorney contact us with any questions or comments. Thank you for your prompt attention to this matter.

Sincerely,

DOVER DIXON HORNE PLLC

Carl F. "Trey" Cooper, III

cc: Naresh Patel